IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-10-108-2 |
| | § | |
| TITO JIMENEZ | § | |

**ORDER**

Because Kevin Hall is currently ineligible to practice before the Fifth Circuit, he is removed as counsel for Tito Jimenez. Magistrate Judge Mary Milloy will appoint new counsel.

SIGNED on May 7, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge